No. 97–7123.  ALVAREZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  ▮

No. 97–7126.  RASCO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▮

No. 97–7131.  OCHOA *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.  ▮

No. 97–7132.  RUIZ-MENDOZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–7134.  MINTER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▮

No. 97–7136.  LASZCYNSKI *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 97–7138.  MATHIEU *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.  ▮

No. 97–7140.  ALONSO-ALONSO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▮

No. 97–7148.  CARTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  ▮

No. 97–7150.  POLLARD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  ▮

No. 97–7156.  HANDA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  ▮

No. 97–7159.  GUTIERREZ-CERVANTEZ *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.  ▮

No. 97–7160.  GREGORY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.  ▮

No. 97–7161.  GONZALEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  ▮

No. 97–7162.  FREEMAN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.  ▮

No. 97–7170.  McCAFFERTY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  ▮